IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILLIAM J.R. EMBREY,

    Petitioner,

    vs.

GEORGE BUSH, et al,

    Respondents.

_____/

CASE NO. 1:05-CV-2022

Judge Royce C. Lamberth

## MOTION REQUESTING JUDGE TO PERFORM HIS DUTY

COMES NOW Petitioner William J.R. Embrey, a <u>pro se</u> prisoner, who moves the Court to perform its duty.

On October 13, 2005, Petitioner filed his writ of habeas pursuant to 28 U.S.C. §2241 (c) (3), and 28 U.S.C. §1361 and §1651. At that time, Petitioner also paid his filing fees.

Title 28 U.S.C. §2243 <u>requires</u> the Court to (shall) forthwith award the writ or issue an order directing the Respondents to show cause why the writ should not be granted. <u>See</u> 28 U.S.C. §2243. <u>See also</u> 28 U.S.C. §453.

<u>Forthwith</u>, means immediately; without delay. <u>See</u> Black's Law Dictionary. This Court has failed to forthwith, grant Petitioner's habeas petition, or to order the Respondents to show cause why the writ should not be granted. Thus, this Court has failed to comply with §2243 and §453.

The judge's failure to act no doubt lays with the judge's erroneous loyalty to the Respondents, instead of complying with his duty to the Constitution and to Petitioner. <u>See</u> Article

1

RECEIVED
NOV 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VI, Clause 2** (The judges in every state shall be bound thereby) and **Clause 3** (all judicial Officers shall be bound by Oath or Affirmation, to support this Constitution) **of the Constitution of the United States.** See also 28 U.S.C. §453.

Petitioner's habeas petition, by its sworn to facts, and the Supreme Court and Constitutional authorities cited therein (which this Court is bound to obey), prove that the Respondents have acted unlawfully, and further proves that Repondents are holding Petitioner in prison in violation of those Constitutional and Supreme Court authorities.

For the above reasons, Petitioner request the Court to forthwith comply with the requirements of §2243 and §453, and either grant Petitioner's petition or order the Respondents to show cause why the writ should bot be granted.

Dated November 17, 2005

Respectfully submitted,

William J.R. Embrey
Pro se Petitioner
P.O. Box 1000
Oxford, WI 53952

2