UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM J.R. EMBREY,              ) | |
|                                                       ) | |
|             Petitioner,                      ) | |
|                                                       ) | |
|       v.                                          ) | C.A. NO. 05-2022 (RCL) |
|                                                       ) | |
| GEORGE W. BUSH, et al.,           ) | |
|                                                       ) | |
|             Respondents.                 ) | |

ORDER

_____ Petitioner has been granted leave to proceed *in forma pauperis*. On October 13, 2005, the Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C. § 1915(d). As of this date, respondents have not been served. Accordingly it is

ORDERED that the United States Marshal's Office effect service of the petition for writ of habeas corpus on respondents forthwith.

_____
ROYCE C. LAMBERTH
United States District Judge

DATE: 1-31-06