UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM J.R. EMBREY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-2022 (RCL) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

FILED
MAR 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER DENYING MOTION TO APPOINT COUNSEL

Petitioner has filed a motion to appoint counsel. This is a habeas corpus action and petitioner is proceeding *pro se*. Petitioner does not have a constitutional right to the appointment of counsel in a habeas corpus proceeding. *See United States v. Waite*, 382 F.Supp.2d 1, 2 (D.D.C. 2005). Moreover, it is too early in the litigation to determine whether counsel should be appointed. The Court has issued an Order to Show Cause to the respondents and the answer is not yet due to be filed.

Accordingly, it is by the Court

ORDERED that petitioner motion for the appointment of counsel [#8] is DENIED without prejudice.

ROYCE C. LAMBERTH
United States District Judge

Dated: 3/15/06