UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILLIAM J.R. EMBREY,

    Petitioner,                     C.A. No. 05-2022 (RCL)

    vs.

GEORGE W. BUSH, et. al.,

    Respondent.
_____/

**MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE OF THE FOLLOWING FACTS AND LAW OF THIS CASE**

Petitioner a _pro se_ prisoner, pursuant to Rule 201 (d), (e) and (f), Federal Rules of Evidence, moves the Court to take Judicial Notice of the following facts and law.

1. "Congress shall never disarm any Citizen unless such as are or have been in Actual Rebellion." **2 Documentary History of the Constitution of the United States, 1787-1870 at 143 (1894);** U.S. v. Emerson, 46 F. Supp. 2d 598, 606 (N.D. Tex. 1999).

2. Concerning the Second Amendment, in 1854 the Supreme Court said that "Citizens have a right to keep and carry arms where-ever they go." Scott v. Sandford, 60 U.S. 393, 417 (1854).

3. Concerning the Second Amendment, in 1866 the Supreme Court said, "the Constitution provides that no 'person's' right to keep and bear arms shall be infringed." Ex parte Milligan, 71 U.S. 1, 103-104 (1866).

RECEIVED

MAR 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. In 1875, the Supreme Court said, "The Second Amendment declares that it shall not be infringed; that means that it shall not be infringed by Congress. This is one of the Amendments that has no other effect than to restrict the power of the national government." U.S. v. Cruikshank, 92 U.S. 542, 553 (1875); Presser v. Illinois, 116 U.S. 252, 6 S.Ct. 580, 584 (1886)(same); Miller v. Texas, 153 U.S. 535, 538 (1894)(same). See also Barron v. Baltimore, 32 U.S. 240, 250 (1833); Logan v. U.S., 144 U.S. 263, 276 (1892); Robertson v. Balwin, 165 U.S. 275, 281-282 (1897); Maxwell v. Dow, 176 U.S. 581, 597 (1900); English v. State, 35 Tex. 473, 477 (1872); **Federalist No. 46 (Madison); Federalist No. 29 (Hamilton); 3 J. Story Commentaries on the Constitution ss 1890, p. 746 (1833); and Federalist Papers concerning the Second Amendment.**

5. "All constitutional guarantees extend both to the rich and the poor alike, to those with notorious reputations, as well as to those who are models of upright citizenship." Smith v. U.S., 423 U.S. 1303, 1307 (1975).

6. Constitutional rights may not be denied simply because of hostility to their assertions or exercise. Cox v. Louisiana, 379 U.S. 536, 551 (1965). See also Maxwell, 176 U.S. at 608.

7. The Supreme Court precedent set forth in 1 through 6 above was in effect when Congress enacted both § 1202 (1968) and § 922 (g) (1).

8. Congress does not possess the legislative authority to supersede the above cited Supreme Court decisions construing

2

the Second Amendment of our Constitution. See <u>City of Boerne v. Flores</u>, 521 U.S. 507, 117 S.Ct. 2157, 2172 (1997); <u>U.S. v. Dickerson</u>, 166 F.3d 667, 687 (4th Cir. 1999).

9. Congress cannot use the commerce clause to create a detour around the Second Amendment and thus, nullify both the Second Amendment and Citizens' rights. See <u>Williams v. Rhodes</u>, 393 U.S. 23, 29 (1968); <u>Gomillion v. Lightfoot</u>, 364 U.S. 339, 348 (1960); <u>Speiser v. Randall</u>, 357 U.S. 513, 536 (1958); **Article VI, Clauses 2 and 3, Constitution of the United States.**

10. The laws of the United States **shall be made in Pursuance of the Constitution.** See **Article VI, Clause 2, Constitution of the United States.**

11. Both § 1202 (1968) and § 922 (g) (1), **were not made in Pursuance of the Second Amendment** or any other part of the Constitution.

12. The Framers of the Constitution contemplated that instrument as a rule for the government of courts, as well as the legislature. This is why the Constitution directs judges to take an Oath to support it. <u>Marbury v. Madison</u>, 5 U.S. 137, 180 (1803); **Article VI, Clauses 2 and 3, Constitution of the United States.**

Petitioner respectfully request the Court to take Judicial Notice of the avoce facts and law, and to make same part of the record.

<u>Dated</u>, March 15, 2006

Respectfully submitted,

3

*William J.R. Embrey* (signature)
William J.R. Embrey
Pro se Petitioner
87263-132
P.O. Box 1000
Oxford, WI 53952

## CERTIFICATE OF SERVICE

I declare/certify that a true and correct copy was mailed to:

George W. Bush
President of the United States
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Alberto Gonzales
Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*William J.R. Embrey* (signature)
William J.R. Embrey