# EXHIBIT A

APPEAL, TERMED

# U.S. District Court
# Western District of Missouri (Springfield)
# CRIMINAL DOCKET FOR CASE #: 6:98-cr-03095-ODS-1

Case title: USA v. Embrey  
Magistrate judge case number: 6:98-mj-02224

Date Filed: 12/16/1998

Assigned to: Judge Ortrie D Smith  
Referred to: Chf Magistrate Judge James C. England

**Defendant**

**William J.R. Embrey (1)**   represented by   **William J.R. Embrey**
Federal Correctional Institution
Reg. No. 87263-132
P.O. Box 6000
Florence, CO 81662-6000
PRO SE

**Darryl Brent Johnson, Jr.**
Johnson & Johnson L.L.C.
2731 South Meadowbrook Avenue
Springfield, MO 65807
(417)881-0750
Email: jandjlawfirm@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Marc Leon Edmondson**
The Edmondson Law Firm, P.C.
2103 E. Sunshine
Springfield, MO 65804
(417) 886-2579
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**
Dft committed to custody of USBOP for a period of 262 mos; sentence to be served concurrently with any undischarged terms of imprisonment for which the dft presently remains subject; upon

| | |
|---|---|
| 18:924E.F ARMED CAREER CRIMINAL (1s) | release from imprisonment the dft shall be on supervised relea se for a term of 5 yrs; as special conditions of supervision dft shall personally report to the PO within 72 hrs of release; shall successfully participate in any mental health counseling program, as directed by the PO and pay any associated costs as directed by the PO; shall submit his person, residence, office or vehicle to a search conducted by a Prob Officer at a reasonable time and in a reasonable manner; no fine imposed; mpa; dft remanded to custody of Marshals |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. 18:924A.F PENALTIES FOR FIREARMS (1) | Dismissed on government motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| USA | represented by **David C. Jones** U. S. Attorney's Office 901 St. Louis Street, Suite 500 Springfield, MO 65806 (417) 831-4406 Fax: (417) 831-0078 Email: dave.jones@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/07/1998 | 1 | COMPLAINT against William J.R. Embrey, Magistrate James C. England [ 6:98-m -2224 ] (Court Employee) Modified on 12/08/1998 (Entered: 12/08/1998) |
| 12/07/1998 | | Arrest Warrant issued for William J.R. Embrey by Magistrate James C. England [ 6:98-m -2224 ] (Court Employee) (Entered: 12/08/1998) |
| 12/08/1998 | 2 | AFFIDAVIT of Financial Status by defendant William J.R. Embrey 6:98-m -2224 ] (Court Employee) (Entered: 12/08/1998) |
| 12/08/1998 | 3 | MINUTE ENTRY as to defendant William J.R. Embrey, Magistrate James C. England presiding, first appearance of William J.R. Embrey, dft sworn re financial afdt, Court will appt counsel, dft cont in cust, Court Reporter: J. McBurney [ 6:98-m -2224 ] (Court Employee) (Entered: 12/08/1998) |
| 12/09/1998 | 4 | CJA Form 20 Copy 4 (Appt of Counsel) as to defendant William J.R. Embrey appointing Darryl Brent Johnson Jr. [ 6:98-m -2224 ] (Court Employee) (Entered: 12/09/1998) |
| 12/09/1998 | 5 | ORDER by Magistrate James C. England, preliminary exam or anticipated first app on indi, omnibus & arraignment set 12/17/98 at 10:00 a.m. as to William J.R. Embrey (cc:all counsel) [ 6:98-m -2224 ] (Court Employee) (Entered: 12/09/1998) |
| 12/11/1998 | 6 | arrest Warrant returned executed as to William J.R. Embrey 12/7/98 6:98-m -2224 ] (Glenda Elayer) (Entered: 12/11/1998) |
| 12/11/1998 | | DEFENDANT William J.R. Embrey arrested [ 6:98-m -2224 ] (Glenda Elayer) (Entered: 12/11/1998) |
| 12/16/1998 | 10 | INDICTMENT assigned to Judge Ortrie D. Smith, Counts filed against William J.R. Embrey (1) count(s) 1, Luie E White (2) count(s) 1 (Court Employee) (Entered: 12/16/1998) |
| 12/16/1998 | 11 | ORDER by Judge Ortrie D. Smith, case referred to Magistrate James C. England as to William J.R. Embrey, Luie E White (cc:all counsel) (Court Employee) (Entered: 12/16/1998) |
| 12/17/1998 | 12 | MINUTE ENTRY as to defendant William J.R. Embrey, defendant Luie E White, Magistrate James C. England presiding, first appearance of William J.R. Embrey, Luie E White on indictment, dft William J.R. Embrey, Luie E White arraigned and pleas of not guilty entered on their behalf, Attys present, omnibus hrg held, both dfts cont in cust, Court reconvenes and dft White is released on bond, Court Reporter: J. McBurney (Court Employee) (Entered: 12/17/1998) |
| 12/17/1998 | 13 | OMNIBUS hearing report for defendant William J.R. Embrey, defendant Luie E White (Court Employee) (Entered: 12/17/1998) |
| 12/17/1998 | 14 | ORDER in respect to the filing of pretrial mtns and resps by Magistrate James C. England as to William J.R. Embrey, Luie E White (cc:all counsel) (Court Employee) (Entered: 12/17/1998) |

| | | |
|---|---|---|
| 01/07/1999 | 17 | MOTION by William J.R. Embrey for psychiatric examination (Court Employee) (Entered: 01/07/1999) |
| 01/07/1999 | 18 | MOTION by William J.R. Embrey to extend time to file mtn to suppress physical evidence (Court Employee) (Entered: 01/07/1999) |
| 01/08/1999 | 19 | ORDER by Magistrate James C. England pretrial conference set 01/21/99 at 10:00 a.m. as to William J.R. Embrey, Luie E White (cc:all counsel) (Court Employee) (Entered: 01/08/1999) |
| 01/11/1999 | 20 | ORDER by Magistrate James C. England granting motion to extend time to file mtn to suppress physical evidence [18-1] to 1/26/99 as to William J.R. Embrey (cc:all counsel) Cindy Dunn (Entered: 01/11/1999) |
| 01/11/1999 | 21 | ORDER by Magistrate James C. England granting motion for psychiatric examination [17-1] psychiatric examination ordered as to William J.R. Embrey (cc:all counsel) Cindy Dunn (Entered: 01/11/1999) |
| 02/04/1999 | 22 | RETURN OF SERVICE as to defendant William J.R. Embrey delivered to Fed Med Cntr for psych exam on 1/20/99 (Glenda Elayer) (Entered: 02/04/1999) |
| 03/30/1999 | 23 | PSYCHIATRIC Evaluation report received for William J.R. Embrey (Court Employee) (Entered: 03/30/1999) |
| 03/30/1999 | 24 | ORDER by Magistrate James C. England pretrial conference set for 4/13/99 at 2:00 p.m. as to William J.R. Embrey, Luie E White, USA (cc:all counsel) (Jane Kollmeyer) (Entered: 03/30/1999) |
| 03/30/1999 | 25 | ORDER by Magistrate James C. England in-court hearing on dft's psychological evaluation as to William J.R. Embrey (cc:all counsel) (Court Employee) (Entered: 03/30/1999) |
| 04/08/1999 | 26 | MOTION by William J.R. Embrey for psychiatric examination (Alexandra Martinez) (Entered: 04/08/1999) |
| 04/13/1999 | 27 | MINUTE ENTRY as to defendant William J.R. Embrey, Magistrate James C. England presiding, granting motion for independent psychiatric examination [26-1], dft cont in cust, Court Reporter: J. McBurney (Court Employee) (Entered: 04/14/1999) |
| 04/22/1999 | 28 | ORDER by Magistrate James C. England as to William J.R. Embrey ORDERED that the psychiatric/psychological examination shall be conducted by Kenneth J. Burstin, Ph.D., Clinical Psychologist; ORDERED that the United States Marshal's office shall make the dft available to Dr. Burstin in the U.S. Marshal's lockup on 4/30/99 at 9:00 a.m. (cc:all counsel) (Alexandra Martinez) (Entered: 04/22/1999) |
| 05/07/1999 | 29 | PSYCHIATRIC Evaluation report received for William J.R. Embrey (Jane Kollmeyer) (Entered: 05/07/1999) |
| 05/14/1999 | 30 | ORDER by Magistrate James C. England competency hearing set 5/26/99 @ 9:30 am as to William J.R. Embrey (cc:all counsel) Cindy Dunn (Entered: 05/14/1999) |

| Date | # | Entry |
|---|---|---|
| 05/26/1999 | 31 | MINUTE ENTRY as to defendant William J.R. Embrey, Magistrate James C. England presiding, competency hearing held, competency determination made w/o obj of dft, dft cont in cust, Court Reporter: J. McBurney (Court Employee) (Entered: 05/26/1999) |
| 06/08/1999 | 32 | ORDER by Magistrate James C. England pretrial conference set 6/21/99 at 2:30 p.m. as to William J.R. Embrey, Luie E White (cc:all counsel) (Alexandra Martinez) (Entered: 06/08/1999) |
| 06/11/1999 | 33 | MOTION by William J.R. Embrey to suppress w/ sugg in support (Alexandra Martinez) (Entered: 07/16/1999) |
| 06/23/1999 | 38 | RESPONSE by plaintiff USA as to defendant William J.R. Embrey's mtn to suppress (Court Employee) (Entered: 06/24/1999) |
| 06/25/1999 | 39 | ORDER by Magistrate James C. England; suppression hearing set 6/29/99 at 2:30 p.m. as to William J.R. Embrey (cc:all counsel) (Court Employee) (Entered: 06/25/1999) |
| 06/25/1999 | 40 | Supplemental RESPONSE by plaintiff USA to dft's mtn to suppress as to defendant William J.R. Embrey (Alexandra Martinez) (Entered: 06/25/1999) |
| 06/28/1999 | 41 | MOTION by William J.R. Embrey to continue hrg re mtn to suppress (Alexandra Martinez) (Entered: 06/28/1999) |
| 06/28/1999 | 42 | MOTION by William J.R. Embrey to continue trial (Alexandra Martinez) (Entered: 06/28/1999) |
| 06/28/1999 | 43 | WAIVER of Minimum Time to Trial by William J.R. Embrey (Alexandra Martinez) (Entered: 06/28/1999) |
| 06/30/1999 | 44 | ORDER by Magistrate James C. England granting motion to continue trial [42-1] jury trial reset for 8/16/99 at 9:00 a.m. as to William J.R. Embrey, Luie E White, USA (cc:all counsel) (Jane Kollmeyer) (Entered: 06/30/1999) |
| 06/30/1999 | 45 | ORDER by Magistrate James C. England first appearance on superseding indictment hearing set for 7/1/99 at 2:00 p.m. as to William J.R. Embrey (cc:all counsel) (Jane Kollmeyer) (Entered: 06/30/1999) |
| 07/01/1999 | 46 | SUPERSEDING indictment William J.R. Embrey (1) count(s) 1s (Jane Kollmeyer) (Entered: 07/01/1999) |
| 07/01/1999 | 47 | MINUTE ENTRY as to defendant William J.R. Embrey, Magistrate James C. England presiding, dft William J.R. Embrey arraigned on supeseding indictment, Atty Darryl Johnson present, dft cont in cust, Court Reporter: J. McBurney (Court Employee) (Entered: 07/01/1999) |
| 07/01/1999 | 48 | ORDER by Magistrate James C. England, suppression hearing set 7/14/99 at 1:00 p.m. as to William J.R. Embrey (cc:all counsel) (Court Employee) (Entered: 07/01/1999) |
| 07/12/1999 | 49 | STIPULATION by dft William Embrey (Alexandra Martinez) (Entered: 07/12/1999) |

| Date | No. | Description |
|---|---|---|
| 07/14/1999 | 51 | MINUTE ENTRY as to defendant William J.R. Embrey Magistrate James C. England presiding mtn to suppress hearing held ; dft cont in custody; Court Reporter: Alex Martinez (Alexandra Martinez) (Entered: 07/15/1999) |
| 07/14/1999 | 52 | EXHIBIT INDEX for suppression hrg by plaintiff USA (Alexandra Martinez) (Entered: 07/15/1999) |
| 07/14/1999 | 53 | EXHIBIT INDEX for supp hrg by defendant William J.R. Embrey (Alexandra Martinez) (Entered: 07/15/1999) |
| 07/16/1999 | 54 | REPORT and Recommendation by Magistrate James C. England as to defendant William J.R. Embrey re mtn to suppress (Alexandra Martinez) (Entered: 07/16/1999) |
| 07/26/1999 | 55 | MOTION by William J.R. Embrey for reconsideration of 7/16/99 Report & Recommendation and for a new suppression hearing , and for appointment of new counsel Cindy Dunn (Entered: 07/26/1999) |
| 07/27/1999 | 56 | MOTION by William J.R. Embrey for order for funds for invetigation Cindy Dunn (Entered: 07/27/1999) |
| 07/27/1999 | 57 | MOTION by William J.R. Embrey for order for removal of prosecutor from case Cindy Dunn (Entered: 07/27/1999) |
| 07/27/1999 | 58 | ACKNOWLEDEMENT by plaintiff USA as to defendant William J.R. Embrey's pro se mtn for removal of prosecutor from case (Court Employee) (Entered: 07/27/1999) |
| 07/28/1999 | 59 | ACKNOWLEDGEMENT by plaintiff USA as to defendant William J.R. Embrey's pro se mtn for reconsideration (Alexandra Martinez) (Entered: 07/28/1999) |
| 08/03/1999 | 60 | Partial TRANSCRIPT of Suppression Hearing held on 7/14/99 before Magistrate James C. England as to defendant William J.R. Embrey (Alexandra Martinez) (Entered: 08/04/1999) |
| 08/06/1999 | 61 | MOTION by William J.R. Embrey for hearing (Glenda Elayer) (Entered: 08/06/1999) |
| 08/06/1999 | 62 | MOTION by William J.R. Embrey for order to receive transcripts and records w/o paying costs (Glenda Elayer) (Entered: 08/06/1999) |
| 08/13/1999 | 63 | ORDER by Magistrate James C. England denying motion for order to receive transcripts and records w/o paying costs [62-1], denying motion for hearing [61-1], denying motion for order for removal of prosecutor from case [57-1], denying motion for order for funds for invetigation [56-1], denying motion for appointment of new counsel [55-2] the mtn for transcripts, records and investigative services is dism w/o prej to counsel's rights to seek those items pursuant to CJA as to William J.R. Embrey (cc:all counsel) (Court Employee) (Entered: 08/13/1999) |
| 08/17/1999 | 64 | ORDER by Magistrate James C. England pretrial conference set 8/26/99 at 11:00 a.m. as to William J.R. Embrey (cc:all counsel) (Alexandra Martinez) (Entered: 08/17/1999) |

| Date | # | Description |
|---|---|---|
| 08/18/1999 | 66 | TRANSCRIPT of suppression hearing held on 7/14/99 before Magistrate James C. England as to defendant William J.R. Embrey (Alexandra Martinez) Modified on 08/23/1999 (Entered: 08/23/1999) |
| 08/23/1999 | 67 | Pro Se MOTION by William J.R. Embrey for reconsideration Cindy Dunn (Entered: 08/23/1999) |
| 08/25/1999 | 69 | MOTION by atty Darryl Brent Johnson, Jr. for dft William J.R. Embrey to withdraw as attorney (Linda Howard) (Entered: 08/25/1999) |
| 08/25/1999 | 70 | SUGGESTION by plaintiff in opposition to motion to withdraw as attorney [69-1] (Linda Howard) (Entered: 08/25/1999) |
| 08/26/1999 | 71 | MINUTE ENTRY as to defendant William J.R. Embrey, Magistrate James C. England presiding, taking under advisement on the motion to withdraw as attorney [69-1] pretrial conference held, dft cont in cust, Court Reporter: J. McBurney (Court Employee) (Entered: 08/26/1999) |
| 08/27/1999 | 72 | ORDER by Magistrate James C. England jury trial set 9/13/99 at 9:00 a.m. as to William J.R. Embrey (cc:all counsel) (Alexandra Martinez) (Entered: 08/27/1999) |
| 08/27/1999 | 73 | ORDER by Magistrate James C. England denying motion to withdraw attorney [69-1] as to William J.R. Embrey (cc:all counsel) (Alexandra Martinez) (Entered: 08/27/1999) |
| 08/27/1999 | 74 | ORDER by Judge Ortrie D. Smith adopting report & recommendation order [37-1] & denying dft's motion to suppress as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 08/27/1999) |
| 08/27/1999 | 75 | ORDER by Judge Gary A. Fenner re Rules of Trial (cc:all counsel) (Michelle Kendall) (Entered: 08/30/1999) |
| 08/30/1999 | 76 | EX PARTE MOTION by William J.R. Embrey for order to issue subpoena ad testificandum and direct USMS to pay fees and exp (Court Employee) (Entered: 08/30/1999) |
| 08/30/1999 | 77 | ORDER by Magistrate James C. England granting motion for order to issue subpoena ad testificandum and direct USMS to pay fees and exp [76-1] as to William J.R. Embrey (cc: dft's counsel) (Court Employee) (Entered: 08/30/1999) |
| 08/31/1999 | 78 | MOTION by William J.R. Embrey for appointment of counsel Richard D. Varriano, and to continue trial (Court Employee) (Entered: 08/31/1999) |
| 09/01/1999 | 79 | SUGGESTION by plaintiff USA in opposition to motion for appointment of counsel Richard D. Varriano [78-1], motion to continue trial [78-2] (Linda Howard) (Entered: 09/01/1999) |
| 09/01/1999 | 80 | RESPONSE by plaintiff USA as to defendant William J.R. Embrey pro se mtn new trial date and notice of appeal (Linda Howard) (Entered: 09/01/1999) |
| 09/03/1999 | 81 | NOTICE OF FILING of dft prior felony convictions by plaintiff USA as to defendant William J.R. Embrey (Glenda Elayer) (Entered: 09/03/1999) |

| | | |
|---|---|---|
| 09/03/1999 | 82 | Jury Instructions by plaintiff USA (Glenda Elayer) (Entered: 09/03/1999) |
| 09/03/1999 | 83 | EXPERT WITNESS list submitted by plaintiff USA (Glenda Elayer) Modified on 09/03/1999 (Entered: 09/03/1999) |
| 09/03/1999 | 84 | NOTICE OF intention to reply on other acts of similar nature by plaintiff USA as to defendant William J.R. Embrey (Glenda Elayer) (Entered: 09/03/1999) |
| 09/03/1999 | 85 | NOTICE OF FILING of witness prior felony convictions by plaintiff USA as to defendant William J.R. Embrey (Glenda Elayer) (Entered: 09/03/1999) |
| 09/03/1999 | 86 | NOTICE OF FILING of inducements to witnesses by plaintiff USA as to defendant William J.R. Embrey (Glenda Elayer) (Entered: 09/03/1999) |
| 09/03/1999 | 87 | PROPOSED Voir Dire by plaintiff USA (Glenda Elayer) (Entered: 09/03/1999) |
| 09/03/1999 | 88 | WITNESS list submitted by plaintiff USA (Glenda Elayer) (Entered: 09/03/1999) |
| 09/03/1999 | 89 | EXHIBIT list by plaintiff USA (Glenda Elayer) (Entered: 09/03/1999) |
| 09/07/1999 | 90 | Supplement to exhibits list by plaintiff USA [89-1] (Linda Howard) (Entered: 09/07/1999) |
| 09/07/1999 | 91 | WITNESS list (supp'l) submitted by plaintiff USA (Glenda Elayer) (Entered: 09/08/1999) |
| 09/08/1999 | 92 | MOTION by William J.R. Embrey to continue trial date (Glenda Elayer) (Entered: 09/08/1999) |
| 09/08/1999 | 93 | MOTION by William J.R. Embrey for reconsideration of Mag rulings on motions (Glenda Elayer) (Entered: 09/08/1999) |
| 09/08/1999 | 94 | EXHIBIT list (supplemental) by plaintiff (Linda Howard) (Entered: 09/08/1999) |
| 09/08/1999 | 95 | WITNESS list (supplemental) submitted by plaintiff (Linda Howard) (Entered: 09/08/1999) |
| 09/09/1999 | 96 | ORDER by Judge Ortrie D. Smith overruling dft's objections to decisions made by the Magistrate Judge as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 09/09/1999) |
| 09/09/1999 | 97 | ORDER by Judge Ortrie D. Smith denying dft's motion to continue trial date [92-1] as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 09/09/1999) |
| 09/09/1999 | 98 | PROPOSED Voir Dire by defendant William J.R. Embrey (Glenda Elayer) (Entered: 09/09/1999) |
| 09/09/1999 | 99 | WITNESS list submitted by defendant William J.R. Embrey (Glenda Elayer) (Entered: 09/09/1999) |

| Date | # | Description |
|---|---|---|
| 09/09/1999 | 100 | MINUTE ENTRY as to defendant William J.R. Embrey, Magistrate James C. England presiding, record made re trial preparation, trial to commence 9/13/99, dft cont in cust, Court Reporter: J. McBurney (Court Employee) (Entered: 09/09/1999) |
| 09/10/1999 | 102 | PRO SE RESPONSE by defendant William J.R. Embrey to govt's suggestion in opp [79-1] to dft's mtn for cont (Alexandra Martinez) (Entered: 09/10/1999) |
| 09/10/1999 | 103 | Supplemental EXHIBIT list by plaintiff USA (Alexandra Martinez) (Entered: 09/10/1999) |
| 09/10/1999 | 104 | NOTICE OF intention to seek enhancement by plaintiff USA as to defendant William J.R. Embrey (Alexandra Martinez) (Entered: 09/10/1999) |
| 09/10/1999 | 105 | NOTICE regarding entry of a plea of guilty with Consent by defendant William J.R. Embrey, plaintiff USA (Court Employee) (Entered: 09/13/1999) |
| 09/10/1999 | 106 | PLEA Agreement as to William J.R. Embrey (Court Employee) (Entered: 09/13/1999) |
| 09/10/1999 | 107 | MINUTE ENTRY OF PLEA: Magistrate James C. England presiding pursuant to Rule 11, Plea of guilty was entered by William J.R. Embrey (1) count(s) 1s, Presentence Investigation Ordered, dft cont in cust (Court Employee) (Entered: 09/13/1999) |
| 09/10/1999 | 108 | REPORT and Recommendation by Magistrate James C. England as to defendant William J.R. Embrey concerning plea of guilty (Court Employee) (Entered: 09/13/1999) |
| 09/13/1999 | 109 | MOTION (pro se) by William J.R. Embrey to dismiss charges as being unconstitutional (Court Employee) (Entered: 09/13/1999) |
| 09/14/1999 | 110 | AFFIDAVIT by Herbert O. Jensen Cindy Dunn (Entered: 09/14/1999) |
| 10/04/1999 | 114 | Judge Ortrie D. Smith as to William J.R. Embrey acceptance of plea of guilty and adjudication of guilt (cc:all counsel) (Linda Howard) (Entered: 10/04/1999) |
| 10/29/1999 | 117 | pro se MOTION by William J.R. Embrey for discovery (Linda Howard) (Entered: 10/29/1999) |
| 10/29/1999 | 118 | pro se MOTION by William J.R. Embrey for appointment of counsel (Linda Howard) (Entered: 10/29/1999) |
| 11/01/1999 | 119 | ORDER by Magistrate James C. England as to William J.R. Embrey ORDERED the USMS is authorized to house the dft at the US Med Ctr for Fed Prisoners, Springfield, MO, or any other approved federal facility for medical care & treatment (cc:all counsel) (Alexandra Martinez) (Entered: 11/01/1999) |
| 11/05/1999 | 120 | TRANSCRIPT of Change of Plea held on 9/10/99 before Magistrate James C. England as to defendant William J.R. Embrey (Court Employee) |

| | | |
|---|---|---|
| | | (Entered: 11/08/1999) |
| 11/15/1999 | 121 | RETURN OF SERVICE of subpoena on Herbert O Jensen (Glenda Elayer) (Entered: 11/15/1999) |
| 11/18/1999 | 122 | ORDER by Judge Ortrie D. Smith denying dft's motion to withdraw guilty plea & granting dft's motion for appointment of counsel [118-1] as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 11/19/1999) |
| 11/24/1999 | 123 | CJA Form 20 Copy 4 (Appt of Counsel) as to defendant appointing Marc Leon Edmondson (Linda Howard) (Entered: 11/24/1999) |
| 12/09/1999 | 124 | Return of Service of William J.R. Embrey for delivery by USMS to MCFP Springfield on 11/21/99 Cindy Dunn (Entered: 12/09/1999) |
| 12/13/1999 | 125 | ORDER by Judge Ortrie D. Smith the Court will consider dft's pro se letter at the sentencing hearing as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 12/14/1999) |
| 12/20/1999 | 126 | MOTION by William J.R. Embrey for extension of time to file obj to presentence investigation report (Linda Howard) (Entered: 12/20/1999) |
| 12/22/1999 | 127 | MOTION by William J.R. Embrey to expand appointed counsel (Glenda Elayer) (Entered: 12/23/1999) |
| 12/23/1999 | 128 | ORDER by Magistrate James C. England granting motion for extension of time until 1/15/00 to file obj to presentence investigation report [126-1] as to William J.R. Embrey (cc:all counsel) (Glenda Elayer) (Entered: 12/23/1999) |
| 02/04/2000 | 130 | ORDER by Judge Ortrie D. Smith the Clerk of the Court is directed to file the letter as a motion f/reconsideration, and the motion is hereby denied as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 02/04/2000) |
| 02/07/2000 | 131 | NOTICE of hearing by Judge Ortrie D. Smith as to defendant William J.R. Embrey sentencing hearing set for 4/18/2000 @ 4:30pm (Georgia Kee) (Entered: 02/07/2000) |
| 02/15/2000 | 132 | ORDER by Judge Ortrie D. Smith that dft's motion (which has been attached to this Order) is denied as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 02/17/2000) |
| 02/17/2000 | 133 | ORDER by Judge Ortrie D. Smith denying dft's motion f/court access and for a hearing on motions (which is attached to this Order) as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 02/17/2000) |
| 02/18/2000 | 134 | ORDER by Judge Ortrie D. Smith dft's motions are denied (attached to this order) as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 02/18/2000) |
| 03/02/2000 | 135 | CJA Form 20 (Attorney Payment Voucher) for payment to Darryl Brent Johnson Jr. in the amount of $5,458.17 for representation of William J.R. Embrey (Georgia Kee) (Entered: 03/07/2000) |

| | | |
|---|---|---|
| 03/09/2000 | 136 | Amended NOTICE of hearing by Judge Ortrie D. Smith as to defendant William J.R. Embrey sentencing hearing rescheduled for 4/18/00 at 10:00 (Court Employee) (Entered: 03/09/2000) |
| 03/28/2000 | 137 | MOTION by William J.R. Embrey for hearing in spt of def's motion to withdraw his guilty plea (Court Employee) (Entered: 03/28/2000) |
| 03/28/2000 | 138 | AFFIDAVIT by defendant William J.R. Embrey re [137-1] and Brief in Spt of Def's Motion to Withdraw his guilty plea (Court Employee) (Entered: 03/28/2000) |
| 03/29/2000 | 139 | NOTICE OF FILING by plaintiff of Govt's Acknowledgment of def's Pro Se Motion for Hearing in Spt of Def's Motion to Withdraw Guilty Plea (Court Employee) (Entered: 03/29/2000) |
| 03/30/2000 | 140 | AFFIDAVIT by defendant Williaam J.R. Embrey re [137-1] (Linda Howard) (Entered: 03/30/2000) |
| 04/03/2000 | 141 | ORDER by Judge Ortrie D. Smith denying as moot dft's motion for hearing in spt of def's motion to withdraw his guilty plea [137-1] as to William J.R. Embrey (cc:all counsel) (Georgia Kee) (Entered: 04/04/2000) |
| 04/12/2000 | 142 | MOTION by William J.R. Embrey to vacate guilty plea and plea agreement and brief in supp of mtn to w/draw guilty plea (Linda Howard) (Entered: 04/12/2000) |
| 04/13/2000 | 143 | MOTION by William J.R. Embrey to withdraw guilty plea and request for evidentiary hearing (Court Employee) (Entered: 04/13/2000) |
| 04/13/2000 | 144 | EX PARTE MOTION by William J.R. Embrey for order authorizing clerk to issue subpoena ad testificandum and to direct USM to serve with Suggestions In Support (Court Employee) (Entered: 04/13/2000) |
| 04/14/2000 | 145 | ORDER by Magistrate James C. England granting motion for order authorizing clerk to issue subpoena ad testificandum and to direct USM to serve [144-1] as to William J.R. Embrey (subpoenas issued & delivered to USM) (cc:all counsel) (Alexandra Martinez) Modified on 04/14/2000 (Entered: 04/14/2000) |
| 04/17/2000 | 146 | MOTION by USA to continue sentencing as to William J.R. Embrey (Glenda Elayer) (Entered: 04/17/2000) |
| 04/17/2000 | 147 | ORDER by Judge Ortrie D. Smith sentencing hearing reset for 4/24/00 at 2:30 pm as to William J.R. Embrey (cc:all counsel) (Linda Howard) (Entered: 04/17/2000) |
| 04/17/2000 | 148 | MOTION by William J.R. Embrey for hearing on dft's mtn for reconsideration of the Mags Report and Rec dated 7/16/99 Cindy Dunn (Entered: 04/17/2000) |
| 04/17/2000 | 149 | Supplement by defendant William J.R. Embrey to motion to withdraw guilty plea and request for evidentiary hearing [143-1] Cindy Dunn (Entered: 04/17/2000) |

| | | |
|---|---|---|
| 04/18/2000 | 150 | AFFIDAVIT by defendant William J.R. Embrey and supporting Brief Cindy Dunn (Entered: 04/18/2000) |
| 04/24/2000 | 151 | SUGGESTION by plaintiff USA in opposition to motion to withdraw guilty plea and request for evidentiary hearing [143-1] (Glenda Elayer) (Entered: 04/24/2000) |
| 04/24/2000 | 152 | Supp'l SUGGESTION by plaintiff USA in opposition to motion to withdraw guilty plea [143-1] (Glenda Elayer) (Entered: 04/24/2000) |
| 04/24/2000 | 153 | MINUTE ENTRY as to defendant William J.R. Embrey; Judge Ortrie D. Smith presiding sentencing hearing held on 04/24/2000 Dft appears with Marc L. Edmondson; Govt appears by David C. Jones, AUSA; Dft sentenced and remanded to custody; Court Reporter: Karen Todd (Court Employee) (Entered: 04/25/2000) |
| 04/24/2000 | 154 | EXHIBIT list by plaintiff USA (Court Employee) (Entered: 04/25/2000) |
| 04/24/2000 | 155 | EXHIBIT list by defendant William J.R. Embrey (Court Employee) (Entered: 04/25/2000) |
| 05/01/2000 | 156 | JUDGMENT and Commitment issued to U.S. Marshal sentencing as to William J.R. Embrey (1) count(s) 1s. Dft committed to custody of USBOP for a period of 262 mos; sentence to be served concurrently with any undischarged terms of imprisonment for which the dft presently remains subject; upon release from imprisonment the dft shall be on supervised release for a term of 5 yrs; as special conditions of supervision dft shall personally report to the PO within 72 hrs of release; shall successfully participate in any mental health counseling program, as directed by the PO and pay any associated costs as directed by the PO; shall submit his person, residence, office or vehicle to a search conducted by a Prob Officer a reasonable time and in a reasonable manner; no fine imposed; $100 mpa; dft remanded to custody of Marshals Judge Ortrie D. Smith (Jane Kollmeyer) (Entered: 05/01/2000) |
| 05/01/2000 | 157 | ORDER by Judge Ortrie D. Smith dismissing counts William J.R. Embrey (1) count(s) 1. Dismissed on government motion, as to William J.R. Embrey (cc:all counsel) (Jane Kollmeyer) (Entered: 05/01/2000) |
| 05/03/2000 | 158 | NOTICE OF APPEAL by defendant William J.R. Embrey from Dist. Court decision [156-2] Filed 5/1/00 Entered 5/1/00 Paid $ n/a Rct. # n/a (Alexandra Martinez) (Entered: 05/04/2000) |
| 05/09/2000 | 159 | Pro Se MOTION by William J.R. Embrey for reconsideration (Linda Howard) (Entered: 05/09/2000) |
| 05/09/2000 | 160 | Pro Se SUGGESTION by defendant William J.R. Embrey in support motion for reconsideration [159-1] (Linda Howard) (Entered: 05/09/2000) |
| 05/11/2000 | 161 | JUDGMENT and Commitment returned executed as to defendant William J.R. Embrey 5/2/00 (Linda Howard) (Entered: 05/11/2000) |
| 05/12/2000 | 162 | ORDER by Judge Ortrie D. Smith denying dft's motion for reconsideration [159-1] as to William J.R. Embrey (cc:all counsel) |