# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| William J. R. Embrey, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>United States of America, )<br>)<br>Defendant. ) | 01-1040-CV-W-3-P<br>Case No: 98-03095-01-CR-5-3<br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS PURSUANT TO TITLE<br>28 U. S. C. SECTION 2255 |

Comes now your petitioner, William J. R. Embrey, pro se, and for his petition pursuant to 28 U.S.C. Section 2255 to vacate, set aside or correct the sentence, states as follows:

On April 24, 2000, the Honorable Ortrie D. Smith sentenced petitioner to 262 months. The charge was a felon in possession of a firearm. See District Court Criminal No. 98-03095-01-CR-5-3. An appeal was taken, and on May 22, 2001 the Court of Appeals affirmed the District Court's denial of petitioner's motion to withdraw his guilty plea. The Appeals Court's opinion was very short about a page and a-half. The Court of Appeals had accepted a pro se brief from petitioner, and petitioner's appellate attorney also submitted a brief. The Court of Appeals evaded the issues in those two briefs and did not fully address one single issue therein.

A plea agreement had been coerced from petitioner in this case

1