# EXHIBIT D

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.   02-2514

William J. R. Embrey,                      .
                                           .
        Appellant,                         .
                                           .      Appeal from the United States
    v.                                     .      District Court for the
                                           .      Western District of Missouri
United States of America,                  .
                                           .      01 - 1040 - CV-W-10 - ODS
        Appellee.                          .

Before McMILLIAN, MORRIS SHEPPARD ARNOLD and BYE, Circuit Judges

### JUDGMENT

Appellant's appeal of his 28 U.S.C. Section 2255 motion is denied as untimely.  Appellant's request for a certificate of appealability on a double jeopardy claim is denied.  The appeal is dismissed for lack of jurisdiction.

(5361-010199)

August 16, 2002

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*