# EXHIBIT E

PPROSE

# U.S. District Court
## Western District of Missouri (Springfield)
### CIVIL DOCKET FOR CASE #: 6:04-cv-03246-ODS

Embrey v. USA  
Assigned to: District Judge Ortrie D. Smith  
Referred to: Prisoner Pro Se  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/09/2004  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Movant**

**William J R Embrey**  represented by  **William J R Embrey**  
#87263-132  
P.O. Box 6000  
Florence, CO 81226  
PRO SE

**Respondent**

**USA**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/09/2004 | 1 | MOTION to vacate, set aside or correct sentence (2255) William J R Embrey.(Weinzerl, Dana) (Entered: 06/24/2004) |
| 06/23/2004 |   | REFERRED TO PRISONER PRO SE (Weinzerl, Dana) (Entered: 06/23/2004) |
| 07/07/2004 | 2 | MOTION for summary judgment filed by William J R Embrey (Weinzerl, Dana) (Entered: 07/22/2004) |
| 08/03/2004 | 3 | ORDER this case is dismissed for lack of jurisdiction. Signed by Judge Ortrie D. Smith on 8/3/04. (Weinzerl, Dana) (Entered: 08/03/2004) |
| 08/03/2004 | 4 | CLERK'S JUDGMENT (Weinzerl, Dana) (Entered: 08/03/2004) |
| 10/18/2004 | 5 | JUDGMENT and MANDATE of US Court of Appeals. Petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith. (Polodna, Christy) (Entered: 10/18/2004) |
| 11/18/2004 | 6 | NOTICE OF APPEAL by William J R Embrey. (Weinzerl, Dana) (Entered: 12/29/2004) |
| 12/29/2004 | 7 | ORDER denying leave to proceed ifp on appeal and certificate of appealability. Signed by Judge Ortrie D. Smith on 12/29/04. (Weinzerl, Dana) (Entered: 12/29/2004) |

| 01/03/2005 | 8 | TRANSMISSION of Notice of Appeal and docket sheet to US Court of Appeals re 6 Notice of Appeal 1vol(Weinzerl, Dana) (Entered: 01/03/2005) |
|---|---|---|
| 01/11/2005 | | US COURT OF APPEALS 8th circuit court of appeals CASE NUMBER 05-1104 for 6 Notice of Appeal filed by William J R Embrey,. (Weinzerl, Dana) (Entered: 01/11/2005) |
| 01/14/2005 | 9 | NOTICE OF APPEAL by William J R Embrey. (Weinzerl, Dana) (Entered: 01/18/2005) |
| 05/31/2005 | 10 | USCA JUDGMENT AND MANDATE as to9 Notice of Appeal filed by William J R Embrey,. DATE MANDATE ISSUED: the appeal is dismissed (Weinzerl, Dana) (Entered: 08/11/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/07/2006 10:06:35 | | | |
| PACER Login: | ux3384 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:04-cv-03246-ODS |
| Billable Pages: | 1 | Cost: | 0.08 |