# EXHIBIT F

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM J.R. EMBREY, | ) |
| Movant, | ) |
| vs. | ) Case No. 04-3246-CV-S-ODS-P |
| | ) Crim. No. 98-3095-01-CR-3 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER DISMISSING CASE**

Movant is incarcerated at the Federal Correctional Institution in Florence, Colorado. He has filed *pro se* this case as a "Motion to Vacate a Void Indictment and Judgment" regarding the above-cited criminal case. The Court will construe this case to be motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

This is movant's second § 2255 challenge regarding the same sentence. *See Embrey v. United States*, No. 01-1040-CV-W-3-P (relief denied on Mar. 5, 2002; three separate appeals dismissed on Dec. 5, 2003). Before filing a second or successive § 2255 motion, the movant must first obtain from the appropriate court of appeals an order authorizing the district court to consider the motion. 28 U.S.C. §§ 2255, 2244(b)(3)(A). Movant has not obtained the required authorization.

Accordingly, it is **ORDERED** that all pending motions are denied, and this case is dismissed for lack of jurisdiction.

/s/ Ortrie D. Smith

```
                                        ORTRIE D. SMITH
                                        UNITED STATES DISTRICT JUDGE
Kansas City, Missouri,

Dated: _8/3/04_____.
```