UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM J.R. EMBREY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-2022 (RCL) |
| ) | |
| GEORGE BUSH, President of the United ) | |
| States, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

In accordance with the Memorandum Opinion issued this 21st day of August, 2006, it is

ORDERED that Respondents' Motion to Transfer [12] is GRANTED. It is

FURTHER ORDERED that Petitioner's Motion Requesting Judge to Perform His Duty [2], Motion Requesting the Court to Take Judicial Notice [10], Motion Requesting the Court to Allow Discovery [11], Motion to Compel Respondents to Perform Their Duty [13], Motion for Summary Judgment [15], and Motion for Entry of Declaratory Judgment [16] are DENIED.

FURTHER ORDERED that this case be TRANSFERRED to the United States Court of Appeals for the Eighth Circuit.

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge

FILED
AUG 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT