IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILLIAM J.R. EMBREY,

    Petitioner,

vs.

GEORGE BUSH, et. al.,

    Respondents.
_____/

Civil No. 05-2022 (RCL)

**RECEIVED**

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR LEAVE TO FILE AN AMNEDED COMPLAINT

COMES NOW Petitioner William J.R. Embrey, a <u>pro se</u> prisoner, pursuant to Fed.R.Civ.P., 60(b)(1) and (6), and <u>Good Luck Nursing Home, Inc., v. Harris</u>, 636 F.2d 572, 577 (D.C. Cir. 1980); <u>U.S. v. Beggerly</u>, 524 U.S. 38, 44-48 (1998); <u>Ackermann v. U.S.</u>, 340 U.S. 193, 200 (1950), and <u>Hughes v. Rowe</u>, 449 U.S. 5, 9-10, and n. 7 (1980); <u>Forman v. Davis</u>, 371 U.S. 178, 182 (1962), Petitioner moves the Court to vacate its August 21, 2006 order, and pursuant to Fed.R.Civ.P., 15(a), and <u>Forman</u>, 371 U.S. at 182-183; <u>Tiller v. Atlantic Coast Line R. Co.</u>, 323 U.S. 574, 581 (1945); <u>Amendola v. Bayer</u>, 907 F.2d 760, 764 (7th Cir. 1990); <u>Paganis v. Blonstein</u>, 3 F.3d 1067, 1072-73 (7th Cir. 1993), Petitioner request the Court to allow him to amend his petition with the attached Complaint.

In the alternative, Petitioner request the Court to file his attached Complaint as a separate civil action, and to further, request the Court to have the Marshals to serve the

1

named Defendants with the summons and Conplaint.

<u>Dated</u>   October 2, 2006

                        Respectfully submitted,

                        William J.R. Embrey
                        Pro se Petitioner
                        #87263-132
                        P.O. Box 1000
                        Oxford, WI 53952

<u>CERTIFICATE OF SERVICE</u>

    I state/declare that a true and correct copy of the Motion to Amendment, and the Amended Complaint was served upon the following :

Stephen W. Riddell
Assistant U.S. Attorney
555 4th Street, N.W. Room 10-911
Washington, D.C. 20530

Attorney for the Defendants.

                        William J.R. Embrey