IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILLIAM J.R. EMBREY,

    Plaintiff/Petitioner,

        vs.

GEORGE BUSH, President of
the United States,
and,
ALBERTO GONZALES, Attorney
General for the United States,

    Defendants/Respondents.    /
_____

**Civil Case NO. 05-2022 (RCR)**

**AMENDED COMPLAINT**

**JURY  TRIAL DEMANDED**

## I.   PRELIMINARY STATEMENT

COMES NOW Plaintiff, William J.R. Embrey, a <u>pro</u> <u>se</u> prisoner,
who is a citizen of the State of Missouri and of the United
States, and presents his verified and sworn to under oath,
Complaint/petition to this Court for redress of grievances.
See <u>U.S. v. Cruikshank</u>, 92 U.S. 542, 550-554 (1875).

## II.   JURISDICTION OF THE COURT

1. Pursuant to <u>Cruikshank</u>, 92 U.S. at 550-554, and 28 U.S.C.
§ 1331, § 1343, § 1346, § 1361, § 1651, § 2201 and § 2202,
**Plaintiff seeks protection and enforcement of Civil Liberties
and Constitutional Rights for himself and for other similarly
situated American Citizens.**

## III.   PARTIES

2.  Plaintiff William J.R. Embrey is a prisoner of the
Federal Government. His address is P.O. Box 1000, Oxford, WI
53952.

3.  Defendant George Bush is the President of the United
States and is the Executive over all federal government agencies.

His office is located at 1600 Pennsylvania Avenue, N.W. Washington,

D.C. 20500

    4.  Defendant Alberto Gonzales, is the Attorney General

for the United States, and is the head of all federal government

prosectors and federal prosecutions of American Citizens. He

can be located at the Justice Department, Tenth Street and

Constitution Avenue, N.W., Washington, D.C. 20530.

    5. Each Defendant is sued in his individual and his official

capacities.  Each Defendant has acted, and continue to act,

under color of the Constitution and laws of the United States

at all times relevant to this Conplaint.

## IV.  FACTS OF THE CASE

    6.  Americans had a right to possess and to keep firearms

long before the Constitution of the United States was created.

See Cruikshank , 92 U.S. at 553; Presser v. Illinois, 116 U.S.

252, 265 (1886); Robertson v. Baldwin, 165 U.S. 275, 281-282,

293, 302 (1878).

    7.  In 1856, the Supreme Court, Chief Justice Taney, declared;

"Congress cannot deny the people  the right to keep and bear

Arms." Scott v. Sanford, 60 U.S. 393, 416-417, 449-451 (1856).

    8.  In 1866, the Supreme Court declared; "The Constitution

provides, . . . that no 'person's' right to bear Arms shall

be infringed." Ex parte Milligan, 71 U.S. 2, 103-104 (1866).

    9.  In 1879, the Supreme Court treated the bearing of Arms

as a fundamental and centuries-old right that could not be

infringed. <u>Robertson</u>, 165 U.S. at 281-282, 293, 302.

10.  In 1875, the Supreme Court said that the people have a right to bear Arms for lawful purposes. <u>Cruikshank</u>, 92 U.S. at 553; <u>See</u> <u>also</u> <u>Deprivation of Civil Rights</u>, 20 L.Ed.2d 1454, 1464 (1964)(same).

11.  In 1886, the Supreme Court declared: "The Second Amendment declares that it shall not be infringed, but this, as has been seen, means no more than it shall not be infringed by Congress." <u>Presser</u>, 116 U.S. at 265.  <u>See</u> <u>also</u> <u>Maxwell v. Dow</u>, 176 U.S. 581, 597 (1900)(same); <u>Miller v. Texas</u>, 153 U.S. 535, 538 (1894).

12.  In 1972, the Supreme Court said: "The Second Amendment in the Bill of Rights specifically guarantees the people the right to keep and bear Arms." <u>Laird v. Tatum</u>, 92 S.Ct. 2318, 2330 (1972). <u>See</u> <u>also</u> <u>Duncan v. Louisana</u>, 291 U.S. 145, 166-170 (1968)(same).

13.  In 1990, the Supreme Court declared: "The Second Amendment protects 'the right of the people to keep and  bear Arms.'" <u>U.S. v. Verdugo-Urquidez</u>, 494 U.S. 259, 265 (1990).

14.  On December 16, 1998, the Federal Government's prosecutors indicted Plaintiff solely for possession of a firearm within the State of Missouri.

15.  The firearm possession was entirely within and under the jurisdiction and sovereignty of the State of Missouri. <u>See</u> <u>Cohens v. Virginia</u>, 19 U.S. 264, 426, 428 (1821).

## DENIAL OF CIVIL LIBERTIES AND OF CONSTITUTIONAL RIGHTS

16.   On May 1, 2000, the Federal Government's judge sentenced Plaintiff to 262 months in federal prison for the possession of the firearms within the State of Missouri. Further, Plaintiff's personal property, legal firearms, were seized and destroyed by federal government agents, without due process of law, and without just compensation. See U.S. v. Embrey, Criminal No. 98-3095-01-CR-S-ODS (W.D. MO.).

17.   The possession of the firearm within and under the jurisdiction and sovereignty of the State of Missouri, was nothing more than a mere state offense prosecutable under that State's criminal statutes.

18.   The Missouri legislature nor its Executive officer had made an Article IV, § 4, Constitutional request to the United States for assistance for the purpose of arresting or prosecuting Missouri State citizens for possession of firearms; or for assistance with its domestic violence. See Cruikshank , 92 U.S. at 556.

19.   The United States did not have any jurisdiction over the area where Plaintiff possessed the firearms.

20.   The statute which the Federal Government indicted and prosecuted Plaintiff under, did not allege that possession of a firearm within and under the jurisdiction and sovereignty of a State, was a crime against the United States.

4

21.   The Constitution of the United States prohibits the United States, its agents, to enter a State's jurisdiction and sovereignty and arrest and prosecute the State's citizens for crimes that are nothing more than mere State offenses, which are prosecutable under the State's criminal statutes, unless, the State's legislature or its Executive officer has made a Constitutional request for assistance under Article IV, § 4, of the Constitution.

## DEFENDANTS BUSH AND GONZALES ARE BOTH NEGLIGENT IN THEIR CONSTITUTIONAL MANDATED DUTIES

22.   Defendants Bush and Gonzales are required to know of the Constitutional and Supreme Court authorities set forth at ## 6-15 above.

23.   Article II, § 8, and Aricle VI, Clause 3 of our Constitution compels Defendant George Bush to perserve, protect and defend, and that he shall be bound by, and shall support the Constitution of the United States.

24.   Title 5 U.S.C. § 3331 and Article VI, Clause 3, of our Constitution, compels Defendant Alberto Gonzales to defend, support, and to be bound by the Constitution of the United States.

25.   Defendant's Bush and Gonzales are both compelled to adhere to the Supreme Court's decisions set forth at ## 6 to 15 above.

26.   Defendants Bush and Gonzales are both negligent in their Constitutional mandated duties by failing to conform the Federal Government's gun laws in accordance with the Supreme

5

Court's precedents  and its interpretation of the Constitution
set forth at ## 6 to 15 above.

27. Defendants Bush and Gonzales are negligent in their
Constitutional mandated duties, by, through their agents,
imprisoning thousands of Americans, including Plaintiff, for
doing nothing more than possessing, entirely within the jurisdiction
and sovereignty of a State, a legal firearm.

28.  Defendants Bush and Gonzales are negligent in their
Constitutional duties, by, through their agents, disarming
thousands of Americans, including Plaintiff, and seizing, and
or destroying, or otherwise converting to the government's use,
personal property, legal firearms, without due process of law,
and without just compensation for that personal property.

29.  Defendants Bush and Gonzales are negligent in the
Constitutional duties by failing to correct the Federal Government's
gun laws to comply with the Constitutional and Supreme Court's
authorities set forth at ## 6 to 15 above.

## CLAIMS FOR RELIEF

30.  The failure by Defendants Bush and Gonzales to correct,
and to stop the Federal Government's practice of invading a
State's jurisdiction and sovereignty and arresting and prosecuting
State citizens for possessing a legal firearm, which was possessed
entirely within that State's jurisdiction and sovereignty, has
caused thousands of Americans, including Plaintiff, to be imprisoned

by the Federal Government, all in violation of the Constitution
of the United States and the Supreme Court precedents set forth
at ## 6 to 15 above.

31.   The failure of Defendant   Bush and Gonzales to correct
and to stop to Federal Government's practice of disarming State
citizens, and to stop the seizure, and destorying, and the
converting to the Government's, its agents  use, of State citizens'
personal property, legal firearms, without just compensation,
and without due process of law, caused thousands of Americans,
including Plaintiff, to be deprived of personal property , all
in violation of the Constitution of the United States, and the
Supreme Court precedent set forth at ## 6 to 15  above.

## V.   RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the Court grant the
following relief:

A.   Issue a declaratory judgment stating that:

1.   The Constitutional and Supreme Court authorities set
forth at ## 6 to 15 above, are binding upon the Federal
Government and its agents;

2.   The Federal Government may not disarm American citizens
who reside in a State, unless in an actual rebellion;

3.   The Federal Government's disarmament laws (18 U.S.C.
§ 922 (g) (1)) conflicts with the Constitutional and Supreme
Court authorities set forth at ## 6 to 15 above;

4.   The Federal Government may not imprison a State's
citizen merely for possessing a legal firearm within a
State's jurisdiction and sovereignty;

7

5.  The Federal Government (its agents) may not enter a State's jurisdiction and sovereignty and arrest and/or prosecute that State's citizens for a crime (excluding the federal crimes listed in Article I, § 8 of our Constitution) that is merely a State offense under that State's criminal statutes, unless  first, that State has made a proper Article IV, § 4 Constitutional request for assistance in such arrests and prosecutions;

6.  Without more, the simple possession of a legal firearm possessed entirely within a State and its jurisdiction and sovereignty by that State's citizen who is a felon, is not a crime against the United States:

7.  Defendants Bush and Gonzales' failure to take action to curb federal agents arresting and or prosecuting State citizens purely for the possession entirely within a State, a legal firearm, violated those Americans, including Plaintiff's, Civil Liberties and Constitutional rights;

8.  Defendants Bush and Gonzales' failure to take action to curb federal agents' seizure, and destroying, and/or converting to the government agents' use, State citizens' personal property, legal firearms, without due prosess of law, and without just compensation, violated those citizens', including Plaintiff's Civil Liberties and Constitutional rights;

9.  Defendants Bush and Gonzales were both negligent in their Constitutional duties by failing to correct the Federal

Government's gun laws (18 U.S.C. § 922 (g)(1)) to conform

to the Constitutional and Supreme Court authorities set

forth at ## 6 to 15 above;

10.  Defendants Bush and Gonzales were both negligent in

their Constitutional duties by their failure to curb federal

agents in their seizure of State citizens', including

Plaintiff's, personal property, legal firearms, without

due process of law, and without just compensation;

11.  Defendants Bush and Gonzales were both negligent in

their Constitutional duties by their failure to curb federal

agents imprisonment of State citizens for doing nothing

more than possessing entirely within a State, a legal firearm.

B.  Issue an injunction ordering Defendants Bush and Gonzales,

and their agents and officers to:

1.  Immediately without delay, stop the federal government's

disarming of any American who resides entirely within a

State, and under that State's jurisdiction and sovereignty,

unless they are involved in an Actual Rebellion;

2.  Immediately and without delay, correct all federal

gun laws, including 18 U.S.C. § 922(g)(1), to comply with

the Constitutional and Supreme Court authorities set forth

at ## 6 to 15 above;

3.  Immediately and without delay release all federal

prisoners, including Plaintiff, whose federal charge

conflicts with the Constitutional and Supreme Court authorities

set forth at ## 6 to 15 above;

C.   Grant such other relief as it may appear that Plaintiff

is entitled.


Pursuant to 28 U.S.C. § 1746,  I declare/state that the foregoing
is true and correct to the best of my knowledge.

<u>Dated</u>   October 2, 2006

                              Respectfully submitted,


                              _____
                              William J.R. Embrey
                              Pro se Plaintiff
                              #87263-132
                              P.O. Box 1000
                              Oxford, WI 53952


                  <u>CERTIFICATE OF SERVICE</u>

     I declare/state that a true copy of the foregoing was mailed
to:

Stephen W. Riddell
Assistant U.S. Attorney
555  4th Street, N.W. Room 10-911
Washington, D.C. 20530

Attorney for the Defendants.


                              _____
                              William J.R. Embrey


10